# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RAYMOND HARRIS                                             PLAINTIFF

v.                      4:17CV00804-JM-JJV

RYALS, Sheriff,
Faulkner County Jail; *et al.*                                  DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed.[1] After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff is allowed to proceed on his claims against Defendants Ryals and Gary Stewart regarding the denial of mental health treatment.

2. Plaintiff's claims regarding the conditions of his confinement – including overcrowding and cold and contaminated food – are DISMISSED from this action without prejudice.

3. Defendants Gary Andrews and Rusty Page are DISMISSED from this action without prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

---

1 The Court previously reviewed the Amended Superseding Complaint.

1

DATED this 2nd day of January, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE